IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ORTHODONTIC CENTERS OF      )
ILLINOIS, INC.,             )
                            )
     Plaintiff/Counterdefendant,   )
                            )
     v.                     )        No.  04 C 6852
                            )
CHRISTINE MICHAELS, D.D.S., P.C.,  )
and CHRISTINE MICHAELS, D.D.S.,    )
                            )
     Defendants/Counterplaintiffs. )

MEMORANDUM

At the end of last week this Court received a copy of a
filing by Orthodontic Centers of Illinois, Inc. ("Orthodontic
Centers") captioned "Offer of Proof," which stated that it was
tendered pursuant to (1) the terms of the settlement agreement
between Orthodontic Centers and defendants Christine Michaels,
D.D.S., P.C. and Christine Michaels, D.D.S. (collectively "Dr.
Michaels") and (2) the Stipulation and Agreed Order that this
Court had entered on July 13, 2007.  This Court's understanding
is that Dr. Michaels' response is to be filed by August 20.

This memorandum is issued sua sponte because the currently-
filed Offer of Proof leaves somewhat unclear the precise relief
that Orthodontic Centers is seeking through that filing.  It may
be that Dr. Michaels' response will clarify that subject in light
of the parties' discussions that produced their Stipulation
pursuant to which the filings are being made.  But rather than
such possible clarification being left to that future filing,

Orthodontic Centers' counsel may wish to consider supplementing the Offer of Proof in advance of the August 20 due date. If that is done, it may better serve to focus the issues that remain open between the parties, thus assisting this Court in addressing those issues.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 6, 2007